IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY W. WEILACHER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 09-1530 |
| | ) | |
| v. | ) | Judge Alan N. Bloch |
| | ) | Magistrate Judge Cathy Bissoon |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

On January 27, 2010, this case was referred to United States Magistrate Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On October 14, 2010, the magistrate judge issued a Report (Doc. 14) recommending that Plaintiff's Motion for Summary Judgment (Doc. 9) be denied, and that Defendant's Motion for Summary Judgment (Doc. 11) be granted. Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this 3rd day of January, 2011, IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment (**Doc. 9**) is **DENIED**, and that Defendant's Motion for Summary Judgment (**Doc. 11**) is **GRANTED**.

The Report and Recommendation of Magistrate Judge Bissoon dated October 14, 2010 is hereby adopted as the Opinion of the District Court.

>s/Alan N. Bloch
>Alan N. Bloch
>United States District Judge

cc (via email):

All Counsel of Record